No. 378, Misc.  GREER *v.* PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.  *Sidney Z. Karasik* and *Errett O. Graham* for petitioner.

No. 382, Misc.  MORTON *v.* KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 386, Misc.  DAVIS *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 388, Misc.  GILES *v.* TENNESSEE.  Sup. Ct. Tenn. Certiorari denied.  *William Earl Badgett* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Lance D. Evans,* Assistant Attorney General, for respondent.

No. 389, Misc.  GARCIA *v.* TURNER, WARDEN.  Sup. Ct. Utah.  Certiorari denied.

No. 390, Misc.  WILLIAMS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *H. Garland Head III* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 392, Misc.  WALCOTT *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.  *James E. Kennedy* for respondent.

No. 393, Misc.  WATTS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.